**Fill in this information to identify your case and this filing:**

Debtor 1   **Carlos**          **J.**          **Martinez**
           First Name          Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name     Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **17-31432**
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                           12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**4134 W TC Jester Blvd**
Street address, if available, or other description

**Houston**          **TX**    **77018**
City                 State     ZIP Code

**Harris**
County

**Homestead**
**Legal Description:**
**LT 17 BLK 13**
**OAK FOREST SEC 13**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$277,038.00        $277,038.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................➔** | $277,038.00 |

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Debtor 1   **Carlos J. Martinez**                                        Case number (if known)   **17-31432**

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|

3.1.
Make:              **Lexus**

Model:             **IS250**

Year:              **2007**

Approximate mileage:  **77,500**

Other information:

**2007 Lexus IS250 (approx. 77500 miles)**

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,000.00 | $8,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................. ➜   | $8,000.00 |

---

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe.....  **See continuation page(s).**                                    $2,469.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.....  **See continuation page(s).**                                    $465.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe.....  **Books $200**                                                   $200.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe.....  **See continuation page(s).**                                    $375.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....  **See continuation page(s).**                                   $200.00

Debtor 1 __Carlos J. Martinez__                                                Case number (if known) __17-31432__

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.....  **Watches $200**                                                                        $200.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here................................................................................** ➔ | $3,909.00 |

| **Part 4:** | **Describe Your Financial Assets** |

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.............................................................................................. Cash: .........................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................          Institution name:

| 17.1. | Checking account: | **Checking account Chase #3872** | $0.00 |
| 17.2. | Savings account: | **Savings account Chase #5083** | $0.00 |
| 17.3. | Savings account: | **Market Savings account Chase #4301** | $200.14 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................          Institution or issuer name:

Debtor 1   **Carlos J. Martinez**                                                         Case number (if known)   **17-31432**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific
   information about
   them.......................   Name of entity:                        % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
   information about
   them.......................   Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
   profit-sharing plans

☑ No
☐ Yes.  List each
   account separately.   Type of account:        Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
   companies, or others

☑ No
☐ Yes...........................   Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☐ No
☑ Yes...........................   Issuer name and description:

   **Valic 403B- Tax Sheltered Annuity
   $76,921**                                                                    $76,921.00

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes...........................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
   powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
   information about them                                                       _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
   information about them                                                       _____

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
   information about them                                                       _____

Debtor 1    **Carlos J. Martinez** _____    Case number (if known)   **17-31432** _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____ **$0.00**

State: _____ **$0.00**

Local: _____ **$0.00**

29. **Family support**
_Examples:_ Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____ **$0.00**

Maintenance: _____ **$0.00**

Support: _____ **$0.00**

Divorce settlement: _____ **$0.00**

Property settlement: _____ **$0.00**

30. **Other amounts someone owes you**
_Examples:_ Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

_____

31. **Interests in insurance policies**
_Examples:_ Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value................    Company name:                Beneficiary:                Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
_Examples:_ Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........

_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

_____

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...........................................................................➔ **$77,121.14**

| Debtor 1 | **Carlos J. Martinez** | | Case number (if known) | **17-31432** |
|---|---|---|---|---|

<div style="background:black;color:white">

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.

</div>

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..

_____

**39.  Office equipment, furnishings, and supplies**
_Examples:_  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..

_____

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..

_____

**41.  Inventory**

☑ No
☐ Yes.  Describe..

_____

**42.  Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....   Name of entity:                              % of ownership:

**43.  Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?

  ☐ No
  ☐ Yes.  Describe.....

_____

**44.  Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.......................................................................** ➔ | **$0.00** |

<div style="background:black;color:white">

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

</div>

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Debtor 1    **Carlos J. Martinez**                                    Case number (if known)  **17-31432**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                                        _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information................                                                        _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                        _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                        _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information................                                                        _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**........................................................➜ | **$0.00** |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54. Add the dollar value of all of your entries from Part 7.  Write that number here**..............................➜ | **$0.00** |

Debtor 1    **Carlos J. Martinez**                                    Case number (if known)  **17-31432**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2**.................................................................................................➔          $277,038.00

56.  **Part 2: Total vehicles, line 5**                                                    $8,000.00

57.  **Part 3: Total personal and household items, line 15**                            $3,909.00

58.  **Part 4: Total financial assets, line 36**                                        $77,121.14

59.  **Part 5: Total business-related property, line 45**                                   $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**                          $0.00

61.  **Part 7: Total other property not listed, line 54**              +                    $0.00

62.  **Total personal property.**    Add lines 56 through 61...............    $89,030.14     Copy personal
property total  ➔  +          $89,030.14

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62.............................................          $366,068.14

Debtor 1    **Carlos J. Martinez** _____    Case number (if known)   **17-31432** _____

6.    **Household goods and furnishings (details):**

| | |
|---|---:|
| **Couch $300** | **$300.00** |
| **Chairs $250** | **$250.00** |
| **Coffee table $25** | **$25.00** |
| **End table $25** | **$25.00** |
| **Bookshelf $15** | **$15.00** |
| **Media unit $30** | **$30.00** |
| **Mattress $50** | **$50.00** |
| **Headboard/frame $50** | **$50.00** |
| **Lamps $20** | **$20.00** |
| **Dresser $20** | **$20.00** |
| **Wardrobe $20** | **$20.00** |
| **Wardrobe $20** | **$20.00** |
| **Mattress $50** | **$50.00** |
| **Lamps $10** | **$10.00** |
| **Wardrobe $30** | **$30.00** |
| **Shelves $20** | **$20.00** |
| **Dining table $25** | **$25.00** |
| **Chairs $30** | **$30.00** |
| **Lamps $10** | **$10.00** |
| **Microwave $25** | **$25.00** |
| **Dishwasher $100** | **$100.00** |
| **Stone/oven $100** | **$100.00** |
| **Toaster oven $25** | **$25.00** |
| **Washer $100** | **$100.00** |
| **Refrigerator $100** | **$100.00** |
| **Lawn mower $10** | **$10.00** |
| **Rakes/shovels $9** | **$9.00** |
| **Wheelbarrow $5** | **$5.00** |
| **Framed art $300** | **$300.00** |
| **Linens $125** | **$125.00** |
| **Dishes $30** | **$30.00** |
| **Silverware $20** | **$20.00** |
| **Pots/pans $20** | **$20.00** |

| Debtor 1 | **Carlos J. Martinez** | Case number (if known) | **17-31432** |
|---|---|---|---|

| | |
|---|---:|
| **Power tools $250** | **$250.00** |
| **Hand tools $250** | **$250.00** |
| **7.** <u>**Electronics (details):**</u> | |
| **Computer $100** | **$100.00** |
| **Printer $50** | **$50.00** |
| **TVs $50** | **$50.00** |
| **DVD Player $10** | **$10.00** |
| **Sound system $10** | **$10.00** |
| **Tablet $25** | **$25.00** |
| **E-reader $20** | **$20.00** |
| **Camera $100** | **$100.00** |
| **Camera $100** | **$100.00** |
| **9.** <u>**Equipment for sports and hobbies (details):**</u> | |
| **Sporting equipment $100** | **$100.00** |
| **Bikes $125** | **$125.00** |
| **Camping equipment $150** | **$150.00** |
| **11.** <u>**Clothes (details):**</u> | |
| **Clothes $100** | **$100.00** |
| **Shoes $100** | **$100.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carlos** | **J.** | **Martinez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-31432**
(if known)

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of   *Part 2: Additional Page*   as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?**     *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Homestead**<br>Legal Description:<br>**LT 17 BLK 13**<br>**OAK FOREST SEC 13**<br>Line from *Schedule A/B*: __1.1__ | $277,038.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 (Claimed: $127,816.22 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2007 Lexus IS250 (approx. 77500 miles)**<br>Line from *Schedule A/B*: __3.1__ | $8,000.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) (Claimed: $8,000.00 100% of fair market value, up to any applicable statutory limit)** |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1    **Carlos J. Martinez**                                          Case number (if known)   **17-31432**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Couch $300**<br><br>Line from *Schedule A/B*: __**6**__ | **$300.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $300.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Chairs $250**<br><br>Line from *Schedule A/B*: __**6**__ | **$250.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $250.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Coffee table $25**<br><br>Line from *Schedule A/B*: __**6**__ | **$25.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $25.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**End table $25**<br><br>Line from *Schedule A/B*: __**6**__ | **$25.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $25.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Bookshelf $15**<br><br>Line from *Schedule A/B*: __**6**__ | **$15.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $15.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Media unit $30**<br><br>Line from *Schedule A/B*: __**6**__ | **$30.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $30.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Mattress $50**<br><br>Line from *Schedule A/B*: __**6**__ | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $50.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Headboard/frame $50**<br><br>Line from *Schedule A/B*: __**6**__ | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $50.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Lamps $20**<br><br>Line from *Schedule A/B*: __**6**__ | **$20.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $20.00 100% of fair market value, up to any applicable statutory limit)** |

Debtor 1    __Carlos J. Martinez_____    Case number (if known) __17-31432__

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>**Dresser $20**<br><br>Line from *Schedule A/B*: ___6___ | $20.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $20.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Wardrobe $20**<br><br>Line from *Schedule A/B*: ___6___ | $20.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $20.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Wardrobe $20**<br><br>Line from *Schedule A/B*: ___6___ | $20.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $20.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Mattress $50**<br><br>Line from *Schedule A/B*: ___6___ | $50.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $50.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Lamps $10**<br><br>Line from *Schedule A/B*: ___6___ | $10.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $10.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Wardrobe $30**<br><br>Line from *Schedule A/B*: ___6___ | $30.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $30.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Shelves $20**<br><br>Line from *Schedule A/B*: ___6___ | $20.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $20.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Dining table $25**<br><br>Line from *Schedule A/B*: ___6___ | $25.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $25.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Chairs $30**<br><br>Line from *Schedule A/B*: ___6___ | $30.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $30.00 100% of fair market value, up to any applicable statutory limit)** |

Debtor 1   **Carlos J. Martinez** _____   Case number (if known) __**17-31432**__

| Part 2: | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Lamps $10**<br><br>Line from *Schedule A/B*: __6__ | **$10.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $10.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Microwave $25**<br><br>Line from *Schedule A/B*: __6__ | **$25.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $25.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Dishwasher $100**<br><br>Line from *Schedule A/B*: __6__ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $100.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Stone/oven $100**<br><br>Line from *Schedule A/B*: __6__ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $100.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Toaster oven $25**<br><br>Line from *Schedule A/B*: __6__ | **$25.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $25.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Washer $100**<br><br>Line from *Schedule A/B*: __6__ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $100.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Refrigerator $100**<br><br>Line from *Schedule A/B*: __6__ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $100.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Lawn mower $10**<br><br>Line from *Schedule A/B*: __6__ | **$10.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $10.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Rakes/shovels $9**<br><br>Line from *Schedule A/B*: __6__ | **$9.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $9.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

Debtor 1 __Carlos J. Martinez_____   Case number (if known) __17-31432__

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Wheelbarrow $5**<br><br>Line from *Schedule A/B*: __6__ | **$5.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $5.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Framed art $300**<br><br>Line from *Schedule A/B*: __6__ | **$300.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $300.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Linens $125**<br><br>Line from *Schedule A/B*: __6__ | **$125.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $125.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Dishes $30**<br><br>Line from *Schedule A/B*: __6__ | **$30.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $30.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Silverware $20**<br><br>Line from *Schedule A/B*: __6__ | **$20.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $20.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Pots/pans $20**<br><br>Line from *Schedule A/B*: __6__ | **$20.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $20.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Power tools $250**<br><br>Line from *Schedule A/B*: __6__ | **$250.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $250.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Hand tools $250**<br><br>Line from *Schedule A/B*: __6__ | **$250.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $250.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Computer $100**<br><br>Line from *Schedule A/B*: __7__ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $100.00 100% of fair market value, up to any applicable statutory limit)** |

Debtor 1  **Carlos J. Martinez** _____  Case number (if known) **17-31432**

| Part 2: | **Additional Page** |

| Brief description of the property and line on _Schedule A/B_ that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from _Schedule A/B_ | _Check only one box for each exemption_ | |
| Brief description:<br>**Printer $50**<br><br>Line from _Schedule A/B_: __7__ | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $50.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**TVs $50**<br><br>Line from _Schedule A/B_: __7__ | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $50.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**DVD Player $10**<br><br>Line from _Schedule A/B_: __7__ | **$10.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $10.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Sound system $10**<br><br>Line from _Schedule A/B_: __7__ | **$10.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $10.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Tablet $25**<br><br>Line from _Schedule A/B_: __7__ | **$25.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $25.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**E-reader $20**<br><br>Line from _Schedule A/B_: __7__ | **$20.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $20.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Camera $100**<br><br>Line from _Schedule A/B_: __7__ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $100.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Camera $100**<br><br>Line from _Schedule A/B_: __7__ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $100.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Books $200**<br><br>Line from _Schedule A/B_: __8__ | **$200.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Claimed: $200.00<br>100% of fair market value, up to any applicable statutory limit)** |

| Debtor 1 | **Carlos J. Martinez** | Case number (if known) | **17-31432** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Sporting equipment $100**<br><br>Line from *Schedule A/B*: ___**9**___ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) (Claimed: $100.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Bikes $125**<br><br>Line from *Schedule A/B*: ___**9**___ | **$125.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) (Claimed: $125.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Camping equipment $150**<br><br>Line from *Schedule A/B*: ___**9**___ | **$150.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) (Claimed: $150.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Clothes $100**<br><br>Line from *Schedule A/B*: ___**11**___ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) (Claimed: $100.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Shoes $100**<br><br>Line from *Schedule A/B*: ___**11**___ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) (Claimed: $100.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Watches $200**<br><br>Line from *Schedule A/B*: ___**12**___ | **$200.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) (Claimed: $200.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Valic 403B- Tax Sheltered Annuity $76,921**<br>Line from *Schedule A/B*: ___**23**___ | **$76,921.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Gov't. Code § 821.005 (Claimed: $76,921.00<br>100% of fair market value, up to any applicable statutory limit)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carlos** | **J.** | **Martinez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-31432**
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**Chevy Chase Fed Sav Ba**
Creditor's name
**Capital One/Attn:Bankruptcy**
Number     Street
**PO Box 30285**

**Salt Lake City     UT    84130**
City                    State   ZIP Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred    **09/2013**

Describe the property that secures the claim:

**Homestead**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
   **Real Estate Mortgage without Other Collateral**

Last 4 digits of account number    **6   5   4   6**

| | | |
|---|---|---|
| $115,779.00 | $277,038.00 | |

Add the dollar value of your entries in Column A on this page. Write that number here:

| |
|---|
| **$115,779.00** |

Debtor 1     **Carlos J. Martinez**                                    Case number (if known)   **17-31432**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---------|---|---|---|---|

---

**2.2**

**Chevy Chase Fed Sav Ba**
Creditor's name
**Capital One/Attn:Bankruptcy**
Number    Street
**PO Box 30285**

_____

**Salt Lake City      UT    84130**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **Various**

**Describe the property that secures the claim:**

**Homestead**

$16,480.00        $277,038.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Mortgage arrears**

Last 4 digits of account number    **6  5  4  6**

---

**2.3**

**Harris County**
Creditor's name
**c/o John Dillman**
Number    Street
**PO Box 3064**

_____

**Houston           TX    77253**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    _____

**Describe the property that secures the claim:**

**Homestead**

$16,962.78        $277,038.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Taxes**

Last 4 digits of account number    **0  0  1  7**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $33,442.78

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**    $149,221.78

**Fill in this information to identify your case:**

| Debtor 1 | **Carlos** | **J.** | **Martinez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

| Case number | **17-31432** |
|---|---|
| (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $3,459.81 | $3,459.81 | $0.00 |

**Internal Revenue Service**
Priority Creditor's Name

**PO Box 7346**
Number        Street

**Philadelphia          PA          19101-7346**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1 __Carlos J. Martinez_____    Case number (if known) __17-31432__

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

**2.2**

| | **$3,000.00** | **$3,000.00** | **$0.00** |
|---|---|---|---|

**The Polnick Law Firm, PLLC**
Priority Creditor's Name

**2311 Canal St., Suite 326**
Number          Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  __03/06/2017__

**Houston                         TX      77033**
City                        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
   **Attorney fees for this case**

---

**2.3**

| | **$100.00** | **$100.00** | **$0.00** |
|---|---|---|---|

**The Polnick Law Firm, PLLC**
Priority Creditor's Name

**2311 Canal St., Suite 326**
Number          Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

**Houston                         TX      77033**
City                        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
   **Attorney fees for this case**

---

Debtor 1    **Carlos J. Martinez** _____    Case number (if known)   **17-31432** _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.    Do any creditors have nonpriority unsecured claims against you?**

- ☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
- ☑ Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what
   type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in
   Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1**

**Amex** |                                                        | **Last 4 digits of account number**    **4    7    2    3** | **$453.00** |

Nonpriority Creditor's Name
**Correspondence**
Number        Street
**PO Box 981540**

**When was the debt incurred?**    **07/1996**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**El Paso              TX      79998**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
      **Credit Card**

**4.2**

**Ccs Collections** |                                          | **Last 4 digits of account number**    **2    8    7    5** | **$549.00** |

Nonpriority Creditor's Name
**725 Canton St**
Number        Street

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Norwood              MA      02062**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
      **Unknown Loan Type**

Debtor 1    **Carlos J. Martinez**                                       Case number (if known)    **17-31432**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |
|---|

**4.3**                                                                                            **$19,648.00**

**Chase Card Services**
Nonpriority Creditor's Name
**Correspondence Dept**
Number     Street
**PO Box 15278**

**Wilmington               DE      19850**
City                            State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **2    1    8    0**
When was the debt incurred?    **09/2007**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

**4.4**                                                                                            **$536.00**

**MRS BPO**
Nonpriority Creditor's Name
**1930 Olney Ave**
Number     Street

**Cherry Hill               NJ      08003**
City                            State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **4    5    8    2**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Unknown Loan Type**

Debtor 1    **Carlos J. Martinez**                                    Case number (if known)    **17-31432**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.    Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
      28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $3,459.81 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $3,100.00 |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $6,559.81 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $21,186.00 |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $21,186.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carlos** | **J.** | **Martinez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-31432**
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carlos** | **J.** | **Martinez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-31432**
(if known)

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                     12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☑ No
      ☐ Yes

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Carlos** | **J.** | **Martinez** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | **17-31432** | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1.   Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Crisis Intervention Counselor** | |
| **Employer's name** | **Houston ISD** | |
| **Employer's address** | **4400 West 18th St.**<br>Number  Street | Number  Street |
| | **Houston        TX    77092-850**<br>City           State   Zip Code | City           State   Zip Code |
| **How long employed there?** | | |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. **$5,515.68** | |
| **3.** | Estimate and list monthly overtime pay. | 3. + **$0.00** | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. **$5,515.68** | |

Debtor 1   **Carlos J. Martinez**                                                    Case number (if known)   **17-31432**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................➔ | 4. | $5,515.68 | |
| **5. List all payroll deductions:** | | | |
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | $848.79 | |
| **5b.** Mandatory contributions for retirement plans | 5b. | $424.71 | |
| **5c.** Voluntary contributions for retirement plans | 5c. | $35.86 | |
| **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | |
| **5e.** Insurance | 5e. | $53.41 | |
| **5f.** Domestic support obligations | 5f. | $0.00 | |
| **5g.** Union dues | 5g. | $0.00 | |
| **5h.** Other deductions. Specify: | 5h. + | $0.00 | |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $1,362.77 | |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $4,152.91 | |
| **8. List all other income regularly received:** | | | |
| **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| **8b.** Interest and dividends | 8b. | $0.00 | |
| **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| **8d.** Unemployment compensation | 8d. | $0.00 | |
| **8e.** Social Security | 8e. | $0.00 | |
| **8f.** Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | |
| **8g.** Pension or retirement income | 8g. | $0.00 | |
| **8h.** Other monthly income. Specify: | 8h. + | $0.00 | |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | |

**10. Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10.  $4,152.91  +  _____  =  $4,152.91

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11.  +   $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.   $4,152.91
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain:   | **Monthly amount for property taxes not listed becuase it is being provided for in the savings provision.** |

**Fill in this information to identify your case:**

Debtor 1   <u>Carlos</u>          <u>J.</u>          <u>Martinez</u>
           First Name        Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number   <u>17-31432</u>
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 expenses as of the
   following date:

   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**          ☑ No

    Do not list Debtor 1 and          ☐ Yes. Fill out this information
    Debtor 2.                              for each dependent.................

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include**          ☑ No
    **expenses of people other than**     ☐ Yes
    **yourself and your dependents?**

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form 106I.)          **Your expenses**

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.  _____ |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a.  _____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b.  _____ **$100.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.  _____ **$150.00** |
| 4d. | Homeowner's association or condominium dues | 4d.  _____ |

Debtor 1    **Carlos J. Martinez**                                    Case number (if known)   **17-31432**

<div align="right">

**Your expenses**

</div>

| | | |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a.  $200.00 |
| | 6b.  Water, sewer, garbage collection | 6b.  $70.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c.  $150.00 |
| | 6d.  Other.  Specify: | 6d. |
| 7. | **Food and housekeeping supplies** | 7.  $300.00 |
| 8. | **Childcare and children's education costs** | 8. |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $100.00 |
| 10. | **Personal care products and services** | 10.  $75.00 |
| 11. | **Medical and dental expenses** | 11.  $75.00 |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12.  $300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $200.00 |
| 14. | **Charitable contributions and religious donations** | 14. |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. |
| | 15b.  Health insurance | 15b. |
| | 15c.  Vehicle insurance | 15c.  $60.00 |
| | 15d.  Other insurance.  Specify: | 15d. |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1 | 17a. |
| | 17b.  Car payments for Vehicle 2 | 17b. |
| | 17c.  Other.  Specify: | 17c. |
| | 17d.  Other.  Specify: | 17d. |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. |

Debtor 1    **Carlos J. Martinez**      Case number (if known)   **17-31432**

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

|  |  |  |  |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.** **Other.**   Specify:   **Work Lunch**      21.   +    **$100.00**

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$1,880.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$1,880.00** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$4,152.91** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | −   **$1,880.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$2,272.91** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. | Explain here:
**None.**

**Fill in this information to identify your case:**

Debtor 1    __Carlos__     __J.__     __Martinez__
           First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known)   __17-31432__

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:   Summarize Your Assets

                                                                **Your assets**
                                                                  Value of what you own

1.   *Schedule A/B: Property* (Official Form 106A/B)

     1a.   Copy line 55, Total real estate, from Schedule A/B............................................   $277,038.00

     1b.   Copy line 62, Total personal property, from Schedule A/B..................................   $89,030.14

     1c.   Copy line 63, Total of all property on Schedule A/B...........................................   $366,068.14

## Part 2:   Summarize Your Liabilities

                                                   **Your liabilities**
                                                   Amount you owe

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
     2a.   Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....   $149,221.78

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
     3a.   Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F....................................   $6,559.81

     3b.   Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F.............................. +   $21,186.00

                                         **Your total liabilities**   $176,967.59

## Part 3:   Summarize Your Income and Expenses

4.   *Schedule I: Your Income* (Official Form 106I)
     Copy your combined monthly income from line 12 of Schedule I............................................   $4,152.91

5.   *Schedule J: Your Expenses* (Official Form 106J)
     Copy your monthly expenses from line 22c of Schedule J.....................................................   $1,880.00

Debtor 1    **Carlos J. Martinez**                                          Case number (if known)  **17-31432**

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

**$5,303.90**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a.  Domestic support obligations.  (Copy line 6a.)

**$0.00**

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)

**$3,459.81**

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)

**$0.00**

9d.  Student loans.  (Copy line 6f.)

**$0.00**

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)

**$0.00**

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)

**+** **$0.00**

9g.  **Total.**  Add lines 9a through 9f.

**$3,459.81**

---

**Fill in this information to identify your case:**

Debtor 1 __**Carlos**__ _____**J.**_____ _____**Martinez**_____
First Name                Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name              Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  __**17-31432**__
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement,
concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to
$250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are
true and correct.

X __/s/ Carlos J. Martinez_____          X _____
Carlos J. Martinez, Debtor 1                     Signature of Debtor 2

Date  __06/15/2017___                          Date _____
MM / DD / YYYY                                   MM / DD / YYYY